IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:98CR29 |
| vs. | ORDER AUTHORIZING PAYMENT FROM INMATE TRUST ACCOUNT |
| JEFFREY R. KRYSTYNIAK, | |
| Defendant. | |

This matter came before the Court on Plaintiff's motion pursuant to 18 U.S.C. §§ 3613(a), 3664(n) and 28 U.S.C. § 1651, for an Order authorizing the Federal Bureau of Prisons to turn over to the Clerk of Court sufficient funds held in the trust account of Defendant Jeffrey R. Krystyniak, as payment towards the restitution owed for the criminal monetary penalties imposed in this case. (Filing No. 42). Defendant filed responses contesting the motion. (Filing Nos. 44, 46). Plaintiff filed an index in support of the motion and a brief in opposition to Defendant's claimed exemptions. (Filing Nos. 47, 48). A hearing was held before the court on July 13, 2021. Defendant appeared telephonically. Amy Blackburn appeared personally as counsel for Plaintiff. Exhibit 1 offered by Plaintiff was received by the Court without objection. The parties were each given an opportunity to present evidence and make argument. For the reasons stated on the record, the Court finds that Defendant has failed to prove that he is entitled to the exemptions claimed. Upon consideration,

IT IS ORDERED that the motion of the United States is hereby granted.

IT IS FURTHER ORDERED that the Bureau of Prisons is hereby authorized to turn over to the Clerk of the United States District Court for the District of Nebraska, and the Clerk shall accept, funds in the amount of $1,100.00 currently held in the Bureau of Prisons trust account for the following inmate:

Jeffrey R. Krystyniak, # 15483-047

The Clerk shall apply these funds towards payment for the criminal monetary penalties owed by the defendant in this case.

IT IS FURTHER ORDERED that the Bureau of Prisons shall remit said funds to the Clerk of the United States District Court for the District of Nebraska, to Clerk of the District Court, 111 So 18th Plaza, Suite 1152, Omaha, NE 68102. In remitting said funds, the Bureau of Prisons shall

reference defendant Jeffrey R. Krystyniak and case number 8:98CR29 so that the Clerk can properly account for same.

Dated this 13th day of July, 2021.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE